# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Juan Valladares-Helguera

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               3:05-cv-380-V-3

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2005 Order.

**Signed: October 11, 2005**

Frank G. Johns, Clerk
United States District Court